
## CT Corporation

**Service of Process Transmittal**
06/23/2020
CT Log Number 537829430

**TO:** KIM LUNDY SERVICE OF PROCESS
WALMART INC.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** **Process Served in Louisiana**

**FOR:** Wal-Mart Louisiana, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Maricle Lisa, Pltf. vs. Wal-Mart Louisiana, LLC and John Doe, Dfts. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 20200421 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/23/2020 at 09:25 |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/23/2020, Expected Purge Date: 06/28/2020<br><br>Image SOP<br><br>Email Notification,  KIM LUNDY SERVICE OF PROCESS  ctlawsuits@walmartlegal.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

**EXHIBIT**

**A**

Page 1 of  1 / YC

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# CITATION



**LISA MARICLE**

Versus

**WAL-MART LOUISIANA, LLC, ET AL**

Case: 20200421
Division: B
36th Judicial District Court
Parish of Beauregard
State of Louisiana

TO: WAL-MART LOUISIANA, LLC
THRU ITS REGISTERED AGENT, CT CORP. SYSTEM
3867 PLAZA TOWER DRIVE
BATON ROUGE, LA 70816

**Parish: EAST BATON ROUGE**

You are hereby cited to appear before said Court, for said Parish and to comply with the demand contained in the DAMAGES petition of LISA MARICLE against you, a certified copy of which accompanies this citation, or to file your answer or other pleadings to said petition in the office of the Clerk of Court of the 36th Judicial District Court in the Beauregard Parish Court House, in the City of DeRidder within 15 days after service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

Witness my official signature and seal of office at DeRidder, Louisiana on 6/10/2020. Issued on this 11TH day of JUNE, 2020.

BRIAN S. LESTAGE, CLERK OF COURT

BY: _____
Deputy Clerk of Court

*Also attached are the following documents
CC OF PETITION

A TRUE AND CORRECT COPY
OF THE ORIGINAL

_____
Deputy    Clerk of Court
          Beauregard Parish, LA

[SERVICE COPY]

LISA MARICLE             36TH JUDICIAL DISTRICT COURT

VERSUS    No. C-2020-0421-B      PARISH OF BEAUREGARD

WAL-MART LOUISIANA, LLC, JOHN DOE      STATE OF LOUISIANA

FILED: June 10, 2020

DEPUTY CLERK

## PETITION FOR DAMAGES

The Petition of Plaintiff, **LISA MARICLE**, domiciliary of Beauregard Parish, respectfully represents:

1.

Made defendant in this suit for damage are:

a) **WAL-MART LOUISIANA, LLC.**, a foreign Limited Liability Company doing business in the State of Louisiana, who may be served through its Registered Agent: CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, La. 70816, hereinafter referred to as "WAL-MART";

b) **JOHN DOE**, an employee of Defendant, WAL-MART LOUISIANA, LLC whose identity is unknown at this time;

2.

On or about July 2, 2019, Plaintiff, **LISA MARICLE**, was a customer at the place of business owned by Defendant, **WAL-MART**, at 1125 N. Pine Street, DeRidder, Beauregard Parish, Louisiana. Plaintiff, **LISA MARICLE**, desired to purchase some deodorant. **JOHN DOE**, an unknown employee of Wal-Mart's, placed boxes in the main aisle, presumably in preparation for stocking the items from the box. As Plaintiff was looking for the deodorant aisle, she tripped and fell over the boxes in the aisle.

3.

Plaintiff, **LISA MARICLE**, was free of fault and did not contribute to the cause of this incident in any manner.

4.

The fault, breach of duties, strict liability, intentional acts and/or negligence of the Defendant's employees are imputed to Defendant, **WAL-MART**, who is liable for all the acts or omissions of the employees because of the relationship existing between

CHARLES SAM
JONES LAW, LLC
P.O. BOX 995
DeRIDDER, LA. 70634
PHONE: (337) 463-5532
FAX: (337) 462-6356

A TRUE AND CORRECT COPY OF THE ORIGINAL

Deputy Clerk of Court
Beauregard Parish, LA

them.

5.

The accident and resulting injuries and damages were caused by the fault, negligence and/or strict liability of Defendants, **JOHN DOE** and **WAL-MART**, and/or its employees in the following, among other, particulars:

a) Failure to keep its premises free of any hazardous conditions which reasonably might give rise to damage;

b) Creating an unreasonably dangers condition on its premises;

c) Failure to remedy an unreasonably dangerous condition on its premises;

d) Failure to identify an unreasonably dangerous condition on its premises;

e) Failure to properly train employees in the identification of unreasonably dangers conditions on its premises;

f) Placing boxes in the aisle in such a manner that it threatened the safety of its patrons;

g) Failure to follow, enforce and/or enact appropriate safety policies and procedures related to the storing of boxes of merchandise to be stocked in its main aisles;

h) Failure to take necessary precautions for the safety of visitors and/or invitees and/or failure to comply with policies concerning the safety of visitors and/or invitees;

i) Failure to take appropriate action to avoid or mitigate the accident, when, in the exercise of due care, they should have had ample time and opportunity to do so;

j) Failure to prevent the presence of an unreasonably dangerous condition on its premises;

k) Other acts of fault, negligence and strict liability which will be proven at trial;

6.

Defendant, **WAL-MART**, is liable for the damages sustained by Plaintiff pursuant to, among others, La. Civil Code Article 2315, 2316, 2317 and 2317.1.

7.

In the event it is shown that the fault, negligence and strict and/or vicarious liability of any other than Defendant, **WAL-MART**, contributed to the incident

CHARLES SAM
JONES LAW, LLC
P.O. BOX 995
DeRIDDER, LA. 70634
PHONE: (337) 463-5532
FAX: (337) 462-6356

described herein, petitioner shows that the fault, negligence and strict and/or vicarious liability of Defendant, **WAL-MART** or its unknown employee, also contributed to and was the proximate cause of said incident.

8.

As a result of the incident referred to above, Plaintiff, **LISA MARICLE**, suffered the following injuries:

a) Bilateral Knee Pain;

b) Left Ankle Pain;

c) Bilateral Hip Pain;

d) Lower Back Pain;

e) Radiculopathy;

f) Other injuries which will be more particularly proven at trial.

9.

As a result of the above injuries, Plaintiff, **LISA MARICLE**, has suffered the following damages:

A. Past, present and future pain and suffering;

B. Past, present and future loss of enjoyment of life;

C. Past, present and future living expenses;

D. Past, present and future medical expenses;

E. Past, present and future emotional distress;

F. Interest;

G. Costs;

H. Other damages to be more particularly proven at the trial on the merits;

THEREFORE, Plaintiff, **LISA MARICLE**, prays:

I. Defendants be served with a copy of this petition and duly cited to appear and answer the same;

II. That after due proceedings had, there be judgment rendered herein in favor of Plaintiff and against Defendants, **JOHN DOE** and **WAL-MART LOUISIANA, LLC**, for such damages as are reasonable in the premises, together with the maximum legal interest from date of judicial demand until

CHARLES SAM
JONES LAW, LLC
P.O. BOX 995
DeRIDDER, LA. 70634
PHONE: (337) 463-5532
FAX: (337) 462-6356

paid and for all costs of this proceeding;

III. For full, general and equitable relief.

BY ATTORNEY:

_____
MICHAEL S. HARPER
CHARLES SAM JONES LAW, LLC
105 North Stewart Street
P.O. Box 995
DeRidder, Louisiana 70634
(337) 463-5532
Bar No. 24119

SERVICE INSTRUCTIONS:
Please serve Defendant,
WAL-MART LOUISIANA, LLC
consistent with Paragraph 1.

CHARLES SAM
JONES LAW, LLC
P.O. BOX 995
DeRIDDER, LA. 70634
PHONE: (337) 463-5532
FAX: (337) 462-6356